SKELLY OIL COMPANY v. GERTRUDE L. ARCHER ET AL.

No. A-6962. Decided October 15, 1958.
Rehearing Overruled November 5, 1958.
(317 S.W. 2d Series 47)

*Gayle Pickens*, Tulsa, Okla., *Underwood, Wilson, Sutton, Heare,* and *Boyce,* of Amarillo, for petitioner.

*Sanders, Scott, Saunders & Smith,* of Amarillo, for respondents.

PER CURIAM:

The opinion of the Court of Civil Appeals is reported in 314 S.W. 2d 655. The holding that the cost of construction of a pipe line for marketing the gas should be included in determining whether the well or wells in question were producing oil in paying quantities is not before us, and we express no opinion thereon. The application is refused, No Reversible Error.

Opinion delivered October 15, 1958.

Rehearing overruled November 5, 1958.